IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RICKY E. YOUNG,                        )
                                       )
                    Plaintiff,         )
                                       )        CIVIL ACTION FILE
v.                                     )        NO.:  5:12-CV-43
                                       )
NESTLÉ TRANSPORTATION CO. and          )
ACE AMERICAN INSURANCE COMPANY,        )
                                       )
                    Defendants.        )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this case, having reached a mutual settlement of all claims, hereby stipulate to the dismissal of this action with prejudice, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 5th day of March, 2013.

Consented to:

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

_____
Alan M. Maxwell
Georgia Bar No. 478625
John K. Train, IV
Georgia Bar No. 715267
Laura L. Voght
Georgia Bar No. 980519

3344 Peachtree Road, NE
Suite 2400
Atlanta, Georgia 30326
Telephone: (404) 876-2700
Facsimile:  (404) 875-9433
AMaxwell@wwhgd.com
JTrain@wwhgd.com
LVoght@wwhgd.com


Craig Alan Webster, Esq.


The Webster Firm P.C.
405 Love Avenue
Tifton, GA  31794
CWebster@twflaw.com


Blake J. Smith, Esq.


Nelson & Smith, LLC
688 Walnut Street, Suite 103
Macon, GA  31201
BSmith@nelsonsmith.com


Gary C. Vowell, Jr., Esq.


Law Office of Gary C. Vowell
423 Tift Avenue N.
Tifton, GA  31794-4465
chip@vowelllaw.com